IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**Sydney Whittington**
    **Plaintiff,**

**vs.**                                                                                          **Case No. 2:16-cv-08748**

**Cavalry SPV I, LLC A.K.A.**
**Cavalry SPV II, LLC,**
**Cavalry SPV II, LLC A.K.A.**
**Cavalry SPV I, LLC**
    **Defendant.**

## AGREED ORDER OF DISMISSAL, WITH PREJUDICE

The parties have advised the Court that the above-styled civil action has been compromised and settled. Therefore, it is **ORDERED** that this civil action be, and the same is hereby, **DISMISSED WITH PREJUDICE** and retired from the docket of the Court. The parties shall bear all their own costs and fees.

    **IT IS SO ORDERED.**

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

Entered this 8th  day of _February, 2017.

_____
THOMAS E. JOHNSTON
UNITED STATES DISTRICT JUDGE

Prepared by:                                                     Reviewed and Approved by:

/s/ Nicholas P. Mooney II                               /s/ Benjamin M. Sheridan
Nicholas P. Mooney II (# 7204)                    Benjamin M. Sheridan (# 11296)
Spilman Thomas & Battle, PLLC                   Daniel K. Armstrong (#11520)
P.O. Box 273                                                  Mitchell Lee Klein (#2071)
Charleston, WV 25321                                   Klein & Sheridan, LC
*Counsel for Defendant*                                 3566 Teays Valley Road
                                                                          Hurricane, WV 25526
                                                                          *Counsel for Sydney Whittington*